**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
500 James Robertson Parkway
Nashville, TN 37243-1131
PH - 615.532.5260, FX - 615.532.2788
Jerald.E.Gilbert@tn.gov

December 3, 2012

Nationwide Mutual Insurance Company
800 S. Gay Street, Ste 2021, % C T Corp.
Knoxville, TN 37929-9710
NAIC # 23787

Certified Mail
Return Receipt Requested
7012 1010 0035 428 5939
Cashier # 6513

Re:   Art G. Ellis  V.  Nationwide Mutual Insurance Company

   Docket # 12CV4093

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served November 30, 2012, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Jerald E. Gilbert
Designated Agent
Service of Process

Enclosures

cc: General Sessions Court Clerk
    Bradley County
    P O Box 1167
    Cleveland, Tn 37311


EXHIBIT A

# CIVIL ACTION

**Docket Number** MCV4093

**Plaintiff:** ART G. Ellis
**Address:** 2230 Dalton Pike, Cleveland, TN 37323

vs

**Defendant(s):** Nationwide Insurance, Insurance Commissioners Office
**Address:** _____

**CIVIL ACTION
COURT OF GENERAL SESSIONS
GAYLA H. MILLER, CLERK**

Issued by _____, Deputy Clerk
Date of Issue: 11-9-20/2
Set for: 12-12-20/2 at 9:00
Reset for: 12-19-20/2 at 9:00

**SERVICE**
Served Upon: ☐ All Named Defendant(s)  ☐ All Defendant(s) Except: ____
_____, 20__
Served: _____
Sheriff/Constable (Process Server)

Andrew B. Levis, Attorney for Defendant(s)
505-??-330-8577 Telephone

---

## State of Tennessee, County of Bradley

To Any Lawful Officer to Execute and Return:

**Summon:** Nationwide Insurance

To appear before the Sessions Court of Bradley County, Tennessee, to be held in the General Sessions Courtroom, Room 202-B, Bradley County Courthouse, 155 N. Ocoee St., Cleveland, TN.

On _____ at 9:00 A.M., then and there, to answer in a civil action brought by the Plaintiff(s) for Failure to Pay for loss of HVAC and Refrigeration Unit from Plaintiffs Premises located at 2340 Dalton Pike, Cleveland, TN. Coverage was in effect under Policy Number ACP7162082194; Claim Number 4180320Jo.

Please serve this summons through the State Insurance Commissioners office. Asking for judgment of $14,360.00 under $_____ Dollars.

☐ Judgment for Plaintiff(s) / Defendant(s) _____ against
Defendant/Plaintiff _____ for $_____ plus interest at
the Statutory rate _____% and cost of suit, for which execution may issue.
Judgment entered by: ☐ Default  ☐ Agreement  ☐ Trial
Dismissed: ☐ Without prejudice  ☐ With prejudice
Costs taxed to: ☐ Plaintiff(s)  ☐ Defendant(s)
Defendant(s) _____
in court and admitted to jurisdiction of court.
This ____ day of _____, 20__

_____
Judge, Division

**AFFIDAVIT** — To the best of my information and belief, after investigation of the records of the Department of Defense and/or employment, I hereby make affidavit that the Defendant(s) is/is not a member of a military service.

_____ Attorney for Plaintiff
_____ Notary Public
My Commission Expires _____

# IN THE CIRCUIT COURT FOR BRADLEY COUNTY, TENNESSEE

ART G. ELLIS, )
      Plaintiff, )
)
vs. ) Docket No. V-13-376
) TWELVE PERSON JURY DEMANDED
NATIONWIDE MUTUAL )
INSURANCE COMPANY, )
)
      Defendant. )

## ANSWER AND GENERAL DENIAL OF NATIONWIDE MUTUAL INSURANCE COMPANY

Nationwide Mutual Insurance Company having been served with a notice of plaintiff's appeal from the Bradley County General Sessions Court, by and through its attorney, files this, its Answer to the general allegations asserted in the Civil Warrant:

1. The defendant admits the plaintiff is the owner of a building located at 2340 Dalton Pike Southeast, Cleveland, Tennessee 37323.

2. The defendant admits that on September 11, 2012, the plaintiff reported to the defendant that a four-ton heat pump and a four-ton AC unit had been stolen.

3. The defendant admits that the plaintiff also reported that a refrigeration unit for a walk-in cooler had been damaged in an attempt to steal it at the same time.

4. The defendant admits that at the time of the loss, the plaintiff was covered under Allied Insurance Company Premier Businessowners Policy Number ACP BPR 7162082494.

5. The defendant denies that the loss claimed by the plaintiff is covered under the policy at issue.

6. The defendant affirmatively avers that pursuant to Allied Insurance Company Premier Businessowners Policy Number ACP BPR 7162082494, the loss claimed by the plaintiff is excluded because of the plaintiff's failure to have protective safeguards in place and operating at the time of the claimed loss.

7. Specifically, the defendant avers that the policy at issue states:

**PROTECTIVE SAFEGUARDS**

This premises has Protective Safeguard identified by the symbols below. Insurance for Fire or Burglary and Robbery at this premises will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS: **P-2; P-6;**

8. The defendant avers that form **PB 04 30** of the policy states:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**PROTECTIVE SAFEGUARDS**

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

NOTICE

**YOU RISK THE LOSS OF CERTAIN INSURANCE COVERAGE AT PREMISES DESIGNATED IN THE DECLARATIONS IF YOU FAIL TO MAINTAIN ANY OF THE APPLICABLE PROTECTIVE SAFEGUARDS, LISTED BY SYMBOL IN THE DECLARATIONS FOR EACH PREMISES.**

Our requirement that you maintain the protective safeguard is in consideration of a premium reduction. If you do not wish to commit to the requirements expressed in this endorsement, at our option, your insurance may be continued. However, the credit for such protection would not be applied.

Your acceptance of this policy in the payment of premium when due constitutes your understanding and acknowledgement that you risk the loss of certain insurance at the premises designated if you fail to maintain the protective safeguard and your acceptance and agreement with the terms of the endorsement.

## SCHEDULE
## Prem./ Bldg. No. Description of P-9 Protective Safeguards

A. **Condition.** As a condition of this insurance, you are required to maintain the applicable protective devices or services for fire, denoted by symbols P-1, P-2, P-3, P-4, P-5, P-8, or P-9; or for burglary and robbery, denoted by symbols P-6 or P-7), as designated at each premises by symbol in the Declarations.

B. **Exclusions.** Under Section B. EXCLUSIONS, the following exclusions are added:

    1. **FIRE PROTECTIVE SAFEGUARDS**
We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:
    a. Knew or should have known of any suspension or impairment in any protective safeguard as designated at each premises by symbol in the Declarations and failed to notify us of that fact; or
    b. Failed to maintain any protective safeguard as designated at each premises by symbol in the Declarations and over which you control, in complete working order; or
    c. Add or modify any cooking equipment and operate it prior to adding or extending any Fire Suppression System that is required by code to protect it.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

    2. **BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS**
We will not pay for loss or damage caused by or resulting from theft if, prior to the theft, you:
    a. Knew or should have known of any suspension or impairment in any protective safeguard designated at each premises by symbol in the Declarations and failed to notify us of that fact; or
    b. Failed to maintain any protective safeguard designated at each premises by symbol in the Declarations and over which you had control, in complete working order.

C, **PROTECTIVE SAFEGUARD SYMBOLS.** The protective safeguards to which this endorsement applies are identified in the Declarations by the following symbols:

"P-1" **Automatic Sprinkler System**, including related supervisory services. Automatic Sprinkler System means:
    a. Any automatic fire protective or extinguishing system, including connected:
        1) Sprinklers and discharge nozzles;
        2) Ducts, pipes, valves and fittings;
        3) Tanks, their component parts and supports; and
        4) Pumps and private protections mains.
    b. When supplied from an automatic fire protective system:
        1) Nonautomatic fire protective systems; and

2) Hydrants, standpipes and outlets.
"P-2" **Automatic Fire Alarm**, protecting the entire building, that is:
   a. Connected to a central station; or
   b. Reporting to a public or private fire alarm station.
"P-3" **Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operations.
"P-4" **Service Contract** with a privately owned fire department providing fire protection service to the described premises.
"P-5" **Watchman Service** based on contract with a privately owned security company providing premises protection services to the described premises.
"P-6" **Local Burglar Alarm** protecting the entire building which in the event of an unauthorized or attempted entry at the described premises, triggers a loud sounding gong or siren, or a visual device, on the outside of the building.
"P-7" **Central Station Burglar Alarm** protecting the entire building which, in the event of an unauthorized or attempted entry at the described premises, will automatically transmit an alarm signal to an outside Central Station or police station.
"P-8" **Fire Suppression System**, including related supervisory services. Fire Suppression System means any automatic fire protective or extinguishing system designed to protect cooking equipment (i.e. cooking surfaces, deep fat fryers, grease ducts and hoods) including connected:
   a. Sprinklers and discharge nozzles;
   b. Ducts, pipes, valves and fittings; and
   c. Tanks, their component parts and supports.
"P-9" The protective system described in the Schedule of this endorsements.

**All terms and conditions of this policy apply unless modified by this endorsement.**

9. The defendant affirmatively avers that pursuant to Allied Insurance Company Premier Businessowners Policy Number ACP BPR 7162082494, the loss claimed by the plaintiff is excluded because the property at issue had been vacant for over 60 days at the time of the loss. The applicable portion of the Premier Businessowners Property Coverage Form of the Policy that provides as follows under Section E. Property Loss Conditions:

    8. **Vacancy**

    a. **Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

    (a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

    (b) When this policy is issue to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

        (i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

        (ii) Used by the building owner to conduct customary operations.

**b. Vacancy Provisions**

If the building where the loss or damage occurs has been vacant for more than 60 consecutive days before the loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

    (a) Vandalism;

    (b) Sprinkler leakage, unless you have protected the system against freezing;

    (c) Building glass breakage;

    (d) Water damage, including damage that is caused by or resulted from freezing;

    (e) Theft; or

    (f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in paragraphs (1)(a) through (1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

10. All remaining allegations, averments or information, not previously admitted or explained are denied.

WHEREFORE, the defendant prays that this honorable Court enter a judgment dismissing the plaintiff's action with prejudice.

Respectfully submitted,

**TRAMMELL, ADKINS & WARD, P.C.**

By _____
Brian H. Trammell, BPR #010140
Andrew J. Lewis, BPR #028090
Attorneys for Nationwide
P.O. Box 51450
Knoxville, Tennessee 37950
865/330-2577

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this pleading has been served on all counsel of record by placing same in the United States Mail, postage prepaid, by delivering same to the office of said counsel, or via facsimile.

C. Scott Johnson, Esq.
Fleissner, Davis & Johnson
600 Georgia Avenue, Suite 1
Chattanooga, TN 37402

J. Allen Murphy, Jr., Esq.
3555 Keith Street, NW, Suite 213
Cleveland, TN 37312

This _____ day of _____, 2014.

**TRAMMELL, ADKINS & WARD, P.C.**

By _____
Brian H. Trammell
Andrew J. Lewis

| STATE OF TENNESSEE BRADLEY COUNTY CIRCUIT COURT GAYLA H. MILLER, COURT CLERK | SUBPOENA (ORDER TO APPEAR) (CIVIL) | | CASE FILE NUMBER V-13-376 | |
|---|---|---|---|---|
| COURT: **CIRCUIT** | | | COUNTY: | |
| PLAINTIFF(S) **ART G. ELLIS** | VS. | | DEFENDANT(S) **NATIONWIDE MUTUAL INSURANCE COMPANY** | |
| ATTORNEY: BRIAN H. TRAMMELL; TRAMMELL, ADKINS & WARD, P.C. P.O. Box 51450, Knoxville, Tennessee, 37950  Phone: 865/330-2577 | | | | |

**TO ANY LAWFUL OFFICER OF THE STATE OF TENNESSEE**: Summon the below named witnesses by leaving a copy of this subpoena with each one. Make return to this court.

**TO WITNESSES**: You are commanded to appear and must appear before this court at the place, date and time indicated and to give testimony on behalf of the party checked. Failure to appear may result in your being held in contempt of court and may face penalties including monetary fines or other such penalties determined by the court. In addition, if indicated, you are to bring items, records, or documents listed on the attached schedule.

| WITNESSES NAMES AND ADDRESSES | TESTIFY FOR | | BRING DOCUMENTS | RETURN OF SERVICE | |
|---|---|---|---|---|---|
| | PLA | DEF | | SERVED | FAILED |
| John Sanders 9316 Lee Highway Ooltewah, TN 37363 (423) 238-3856 | | XXX | | | |

| DUCES TECUM: | | COMMENT | |
|---|---|---|---|
| DATE/TIME OF DEPOSITION 2:00 p.m. Thursday September 25, 2014 | DEPOSITION ADDRESS Trammell, Adkins & Ward, P.C. 128 N. Northshore Drive Suite 201 Knoxville, TN 37919 Phone: (865) 330-2577 | OFFICER'S REMARKS | |
| DATE WITNESSED | SIGNATURE OF CLERK *Gayla H. Miller* | DATE RECEIVED 9/11/14 | AUTHORIZED OFFICER *[signature]* 218 |
| DATE ISSUED 9-5-14 | SIGNATURE OF DEPUTY CLERK *[signature]* | DATE OF RETURN | AUTHORIZED OFFICER |

*[handwritten signature at bottom: "Nellie Nagan for John Sanders, Sr."]*

# TRAMMELL, ADKINS & WARD, P.C.
## ATTORNEYS AT LAW

Brian H. Trammell
Terrill L. Adkins
Kenneth W. Ward
Andrew J. Lewis
Amy V. Peters
Hannah S. Lowe

128 N. Northshore Drive
Suite 201
Knoxville, TN 37919
Phone: 865-330-2577
Fax: 865-330-2578

Mailing Address:
P.O. Box 51450
Knoxville, TN 37950-1450

*E-MAIL: briantrammell@tawpc.com*

March 27, 2014

Gayla H. Miller, Clerk
Bradley County Circuit Court
Bradley County Courthouse
P.O. Box 1167
Cleveland, TN 37364

Re: Art G. Ellis v. Nationwide Mutual Insurance Company
Bradley County Circuit Court, Docket No. V-13-376

Dear Ms. Miller:

Enclosed please find the *Answer and General Denial of Nationwide Mutual Insurance Company* for filing in the above-referenced matter. By copy of this letter, I am forwarding a copy of these pleadings to all counsel of record.

Thank you for your assistance in this matter.

Very truly yours,

TRAMMELL, ADKINS & WARD, P.C.

By /s/
Brian H. Trammell
Andrew J. Lewis

BHT:ajl
enclosures

cc: C. Scott Johnson, Esq.
J. Allen Murphy, Jr., Esq.
Mr. John McCann
(Claim Number 63 41 PE 044294 09092012)

BHT/2220-1343-Nationwide/Ellis

## IN THE CIRCUIT COURT FOR BRADLEY COUNTY, TENNESSEE

ART G. ELLIS, )
)
    Plaintiff, )
)
vs. )  Docket No. V-13-376
)  TWELVE PERSON JURY DEMANDED
NATIONWIDE MUTUAL )
INSURANCE COMPANY, )
)
    Defendant. )

## ANSWER AND GENERAL DENIAL OF NATIONWIDE MUTUAL INSURANCE COMPANY

Nationwide Mutual Insurance Company having been served with a notice of plaintiff's appeal from the Bradley County General Sessions Court, by and through its attorney, files this, its Answer to the general allegations asserted in the Civil Warrant:

1. The defendant admits the plaintiff is the owner of a building located at 2340 Dalton Pike Southeast, Cleveland, Tennessee 37323.

2. The defendant admits that on September 11, 2012, the plaintiff reported to the defendant that a four-ton heat pump and a four-ton AC unit had been stolen.

3. The defendant admits that the plaintiff also reported that a refrigeration unit for a walk-in cooler had been damaged in an attempt to steal it at the same time.

4. The defendant admits that at the time of the loss, the plaintiff was covered under Allied Insurance Company Premier Businessowners Policy Number ACP BPR 7162082494.

5. The defendant denies that the loss claimed by the plaintiff is covered under the policy at issue.

6. The defendant affirmatively avers that pursuant to Allied Insurance Company Premier Businessowners Policy Number ACP BPR 7162082494, the loss claimed by the plaintiff is excluded because of the plaintiff's failure to have protective safeguards in place and operating at the time of the claimed loss.

7. Specifically, the defendant avers that the policy at issue states:

**PROTECTIVE SAFEGUARDS**

This premises has Protective Safeguard identified by the symbols below. Insurance for Fire or Burglary and Robbery at this premises will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS: P-2; P-6;

8. The defendant avers that form **PB 04 30** of the policy states:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**PROTECTIVE SAFEGUARDS**

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

NOTICE

**YOU RISK THE LOSS OF CERTAIN INSURANCE COVERAGE AT PREMISES DESIGNATED IN THE DECLARATIONS IF YOU FAIL TO MAINTAIN ANY OF THE APPLICABLE PROTECTIVE SAFEGUARDS, LISTED BY SYMBOL IN THE DECLARATIONS FOR EACH PREMISES.**

Our requirement that you maintain the protective safeguard is in consideration of a premium reduction. If you do not wish to commit to the requirements expressed in this endorsement, at our option, your insurance may be continued. However, the credit for such protection would not be applied.

Your acceptance of this policy in the payment of premium when due constitutes your understanding and acknowledgement that you risk the loss of certain insurance at the premises designated if you fail to maintain the protective safeguard and your acceptance and agreement with the terms of the endorsement.

## SCHEDULE
Prem./ Bldg. No. Description of P-9 Protective Safeguards

A.  **Condition.** As a condition of this insurance, you are required to maintain the applicable protective devices or services for fire, denoted by symbols P-1, P-2, P-3, P-4, P-5, P-8, or P-9; or for burglary and robbery, denoted by symbols P-6 or P-7), as designated at each premises by symbol in the Declarations.

B.  **Exclusions.** Under Section B. EXCLUSIONS, the following exclusions are added:

   1. **FIRE PROTECTIVE SAFEGUARDS**
      We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:
      a. Knew or should have known of any suspension or impairment in any protective safeguard as designated at each premises by symbol in the Declarations and failed to notify us of that fact; or
      b. Failed to maintain any protective safeguard as designated at each premises by symbol in the Declarations and over which you control, in complete working order; or
      c. Add or modify any cooking equipment and operate it prior to adding or extending any Fire Suppression System that is required by code to protect it.

      If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

   2. **BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS**
      We will not pay for loss or damage caused by or resulting from theft if, prior to the theft, you:
      a. Knew or should have known of any suspension or impairment in any protective safeguard designated at each premises by symbol in the Declarations and failed to notify us of that fact; or
      b. Failed to maintain any protective safeguard designated at each premises by symbol in the Declarations and over which you had control, in complete working order.

C,  **PROTECTIVE SAFEGUARD SYMBOLS.** The protective safeguards to which this endorsement applies are identified in the Declarations by the following symbols:

   "P-1" **Automatic Sprinkler System**, including related supervisory services. Automatic Sprinkler System means:
   a. Any automatic fire protective or extinguishing system, including connected:
      1) Sprinklers and discharge nozzles;
      2) Ducts, pipes, valves and fittings;
      3) Tanks, their component parts and supports; and
      4) Pumps and private protections mains.
   b. When supplied from an automatic fire protective system:
      1) Nonautomatic fire protective systems; and

2) Hydrants, standpipes and outlets.

"P-2" **Automatic Fire Alarm**, protecting the entire building, that is:
   a. Connected to a central station; or
   b. Reporting to a public or private fire alarm station.

"P-3" **Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operations.

"P-4" **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

"P-5" **Watchman Service** based on contract with a privately owned security company providing premises protection services to the described premises.

"P-6" **Local Burglar Alarm** protecting the entire building which in the event of an unauthorized or attempted entry at the described premises, triggers a loud sounding gong or siren, or a visual device, on the outside of the building.

"P-7" **Central Station Burglar Alarm** protecting the entire building which, in the event of an unauthorized or attempted entry at the described premises, will automatically transmit an alarm signal to an outside Central Station or police station.

"P-8" **Fire Suppression System**, including related supervisory services. Fire Suppression System means any automatic fire protective or extinguishing system designed to protect cooking equipment (i.e. cooking surfaces, deep fat fryers, grease ducts and hoods) including connected:
   a. Sprinklers and discharge nozzles;
   b. Ducts, pipes, valves and fittings; and
   c. Tanks, their component parts and supports.

"P-9" The protective system described in the Schedule of this endorsements.

**All terms and conditions of this policy apply unless modified by this endorsement.**

9. The defendant affirmatively avers that pursuant to Allied Insurance Company Premier Businessowners Policy Number ACP BPR 7162082494, the loss claimed by the plaintiff is excluded because the property at issue had been vacant for over 60 days at the time of the loss. The applicable portion of the Premier Businessowners Property Coverage Form of the Policy that provides as follows under Section E. Property Loss Conditions:

  8. **Vacancy**

  a. **Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:
  (a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.
  (b) When this policy is issue to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:
    (i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or
    (ii) Used by the building owner to conduct customary operations.

b. **Vacancy Provisions**

If the building where the loss or damage occurs has been vacant for more than 60 consecutive days before the loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:
  (a) Vandalism;
  (b) Sprinkler leakage, unless you have protected the system against freezing;
  (c) Building glass breakage;
  (d) Water damage, including damage that is caused by or resulted from freezing;
  (e) Theft; or
  (f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in paragraphs (1)(a) through (1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

10. All remaining allegations, averments or information, not previously admitted or explained are denied.

WHEREFORE, the defendant prays that this honorable Court enter a judgment dismissing the plaintiff's action with prejudice.

Respectfully submitted,

TRAMMELL, ADKINS & WARD, P.C.

By _____
Brian H. Trammell, BPR #010140
Andrew J. Lewis, BPR #028090
Attorneys for Nationwide
P.O. Box 51450
Knoxville, Tennessee 37950
865/330-2577

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this pleading has been served on all counsel of record by placing same in the United States Mail, postage prepaid, by delivering same to the office of said counsel, or via facsimile.

C. Scott Johnson, Esq.
Fleissner, Davis & Johnson
600 Georgia Avenue, Suite 1
Chattanooga, TN 37402

J. Allen Murphy, Jr., Esq.
3555 Keith Street, NW, Suite 213
Cleveland, TN 37312

This 27 day of March, 2014.

TRAMMELL, ADKINS & WARD, P.C.

By _____
Brian H. Trammell
Andrew J. Lewis

# TRAMMELL, ADKINS & WARD, P.C.
## ATTORNEYS AT LAW

Brian H. Trammell
Terrill L. Adkins
Kenneth W. Ward
Andrew J. Lewis
Amy V. Peters
Hannah S. Lowe

128 N. Northshore Drive
Suite 201
Knoxville, TN 37919
Phone: 865-330-2577
Fax: 865-330-2578

Mailing Address:
P.O. Box 51450
Knoxville, TN 37950-1450

Website:
trammelladkinswardpc.com

E-MAIL: briantrammell@tawpc.com

September 18, 2014

Gayla H. Miller, Clerk
Bradley County Circuit Court
Bradley County Courthouse
P.O. Box 1167
Cleveland, TN 37364

Re: Art G. Ellis v. Nationwide Mutual Insurance Company
Bradley County Circuit Court, Docket No. V-13-376

Dear Ms. Miller:

Enclosed please find the original Subpoena for John Sanders for filing in the above-named matter. Please note this Subpoena was served on 09/11/14.

Thank you for your assistance in this matter.

Very truly yours,

TRAMMELL, ADKINS & WARD, P.C.

By: Brian H. Trammell/mcb

BHT:mcb
Enclosure
cc: Mr. John McCann
(Claim Number 63 41 PE 044294 09092012)

BHT/2220-1343-Nationwide/Ellis

| STATE OF TENNESSEE BRADLEY COUNTY CIRCUIT COURT GAYLA H. MILLER, COURT CLERK | SUBPOENA (ORDER TO APPEAR) (CIVIL) | | CASE FILE NUMBER V-13-376 | |
|---|---|---|---|---|
| COURT: **CIRCUIT** | | | COUNTY: | |
| PLAINTIFF(S) **ART G. ELLIS** | VS. | | DEFENDANT(S) **NATIONWIDE MUTUAL INSURANCE COMPANY** | |
| ATTORNEY: BRIAN H. TRAMMELL; TRAMMELL, ADKINS & WARD, P.C. P.O. Box 51450, Knoxville, Tennessee, 37950 Phone: 865/330-2577 | | | | |

<u>TO ANY LAWFUL OFFICER OF THE STATE OF TENNESSEE</u>: Summon the below named witnesses by leaving a copy of this subpoena with each one. Make return to this court.

<u>TO WITNESSES</u>: You are commanded to appear and must appear before this court at the place, date and time indicated and to give testimony on behalf of the party checked. Failure to appear may result in your being held in contempt of court and may face penalties including monetary fines or other such penalties determined by the court. In addition, if indicated, you are to bring items, records, or documents listed on the attached schedule.

| WITNESSES NAMES AND ADDRESSES | TESTIFY FOR | | BRING DOCUMENTS | RETURN OF SERVICE | |
|---|---|---|---|---|---|
| | PLA | DEF | | SERVED | FAILED |
| John Sanders 9316 Lee Highway Ooltewah, TN 37363 (423) 238-3856 | | XXX | | 9/11/14 Personal Service in office mgr | |
| DUCES TECUM: | | | | COMMENT | |

| DATE/TIME OF DEPOSITION 2:00 p.m. Thursday September 25, 2014 | DEPOSITION ADDRESS Trammell, Adkins & Ward, P.C. 128 N. Northshore Drive Suite 201 Knoxville, TN 37919 Phone: (865) 330-2577 | OFFICER'S REMARKS Served on office mgr at Request of witness | |
|---|---|---|---|
| DATE WITNESSED | SIGNATURE OF CLERK *Gayla H. Miller* | DATE RECEIVED 9/11/14 | AUTHORIZED OFFICER |
| DATE ISSUED 9-5-14 | SIGNATURE OF DEPUTY CLERK | DATE OF RETURN 9/12/14 | AUTHORIZED OFFICER |

| STATE OF TENNESSEE<br>BRADLEY COUNTY CIRCUIT COURT<br>GAYLA H. MILLER, COURT CLERK | SUBPOENA<br>(ORDER TO APPEAR)<br>(CIVIL) | | CASE FILE NUMBER<br>**V-13-376** | |
|---|---|---|---|---|
| COURT: **CIRCUIT** | | | COUNTY: | |
| PLAINTIFF(S)<br><br>**ART G. ELLIS** | VS. | | DEFENDANT(S)<br><br>**NATIONWIDE MUTUAL INSURANCE COMPANY** | |
| ATTORNEY: BRIAN H. TRAMMELL; TRAMMELL, ADKINS & WARD, P.C.<br>P.O. Box 51450, Knoxville, Tennessee, 37950   Phone: 865/330-2577 | | | | |
| TO ANY LAWFUL OFFICER OF THE STATE OF TENNESSEE: Summon the below named witnesses by leaving a copy of this subpoena with each one. [illegible] return to this court. | | | | |
| TO WITNES[S] … behalf of the … other such p[erson] … WITNESSES … NAMES A[ND] …<br><br>John San[ders]<br>9316 Lee …<br>Ooltewa[h] …<br>(423) 23[…] | [handwritten note covering portion:] letter to court returning subpoena served. Copy adj don't copy Tlaty.  …before this court at the place, date and time indicated and to give testimony on … [he]ld in contempt of court and may face penalties including monetary fines or … are to bring items, records, or documents listed on the attached schedule. | | | |
| | | BRING DOCUMENTS | RETURN OF SERVICE | |
| | | | SERVED | FAILED |
| | | | | |
| DUCES [TECUM] | | | COMMENT | |
| DATE/[TIME]<br><br>2:00 p[.m.]<br>Thursday<br>September 25, 2014 | [Trammell, Adkins &] Ward, P.C.<br>[…] Drive<br>Suite 2[…]<br>Knoxville, TN 37919<br>Phone: (865) 330-2577 | | OFFICER'S REMARKS | |
| DATE WITNESSED | SIGNATURE OF CLERK<br>*Gayla H. Miller* | | DATE RECEIVED | AUTHORIZED OFFICER |
| DATE ISSUED<br>9-5-14 | SIGNATURE OF DEPUTY CLERK<br>*K. [signature]* | | DATE OF RETURN | AUTHORIZED OFFICER |