UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ART G. ELLIS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:14-cv-323 |
| v. ) | |
| ) | Judge Mattice |
| NATIONWIDE MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

# JUDGMENT

This case came before the Court on Plaintiff's Motion to Remand. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted in part and denied in part the Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **hereby REMANDED to the Circuit Court for Bradley County, Tennessee**.

Dated at *Chattanooga, Tennessee*, this 30th day of July, 2015.

                                                                     /s/ *Debra C. Poplin*
                                                                       Debra C. Poplin
                                                                       CLERK OF COURT